Argued and submitted September 16, reversed and remanded October 8, 2014

In the Matter of the Compensation of
Jeremy R. Schaffer, Claimant.

Jeremy R. SCHAFFER,
*Petitioner,*

*v.*

SAIF CORPORATION
and LA Logging, Inc.,
*Respondents.*

Workers' Compensation Board
1201389; A153630

337 P3d 924

Christopher D. Moore argued the cause and filed the reply brief for petitioner. With him on the reply brief was Moore & Jensen. Allison B. Lesh filed the opening brief for petitioner. With her on the opening brief was Moore, Jensen & Lesh.

Holly C. O'Dell argued the cause and filed the brief for respondents.

Before Duncan, Presiding Judge, and Wollheim, Judge, and Lagesen, Judge.

PER CURIAM